904

No. 97–664. SETTLES ET AL. v. PENILLA, ADMINISTRATOR OF THE ESTATE OF PENILLA, DECEASED. C. A. 9th Cir. Certiorari denied.

No. 97–1388. MAYS ET AL. v. CITY OF EAST ST. LOUIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1402. UNIVERSITY HEALTH SERVICES, INC. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 97–1407. FALKENBERRY v. TAYLOR. C. A. 11th Cir. Certiorari denied.

No. 97–1454. ANCHORAGE EDUCATION ASSN. ET AL. v. PATTERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1462. YEO, INDIVIDUALLY AND ON BEHALF OF HIS CHILDREN v. TOWN OF LEXINGTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1497. MIZUNO ET AL. v. SALISBURY, CHAPTER 11 TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 97–1560. RAYTHEON AEROSPACE, INC., ET AL. v. GREENWELL. C. A. 5th Cir. Certiorari denied.

No. 97–1594. DEPRINS v. VAN DAMME ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 97–1604. KNIGHTS OF THE KU KLUX KLAN ET AL. v. MAYOR OF LANSING ET AL. Ct. App. Mich. Certiorari denied.

No. 97–1626. CUNNINGHAM v. NAZARIO ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1627. COLLINS v. CITY OF HAZLEHURST. Sup. Ct. Miss. Certiorari denied.

No. 97–1645. BUSH v. ZEELAND BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.